**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Myron Polensky and Shawn Polensky, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. A1-05-040 |
| | ) | |
| Ameriserve Transportation, Inc., | ) | |
| and Randal Eggleston, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | **ORDER** |
| | ) | |
| Myron Polensky and Shawn Polensky, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. A1-05-051 |
| | ) | |
| Continental Casualty Company, CNA | ) | |
| Companies, Continental Insurance | ) | |
| Company, AmeriServe Transportation, Inc., | ) | |
| and Randal Eggleston, | ) | |
| | ) | |
| Defendants. | ) | |

The court conducted a status conference in the above-entitled actions on Tuesday, November 22, 2005. Pursuant to the parties discussions, the court **ORDERS** as follows:

1. The parties are directed to pursue mediation prior to February 15, 2006.

2. All pretrial deadlines set forth in the court's scheduling order shall be held in abeyance pending mediation.

3. It the case does not settle, the parties are required to submit a revised scheduling/discovery plan by February 15, 2006, keeping in mind that the trial is

       scheduled for July 17, 2006. The trial date and the dispositive motion deadline date (April 28, 2006) will not be changed.

4.     The court shall conduct a status conference on February 21, 2006, at 10:00 a.m. (Central Time). The conference shall be held via conference call to be initiated by the court.

Dated this 23rd day of November, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge